# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP: 21-CV-00144-DCG |
| | § | |
| BOYNTON COMPANIES, INC. | § | |
| d/b/a RELYmedia & | § | |
| SCOTT BOYNTON, | § | |
| | § | |
| Defendants. | § | UNDER SEAL |

## UNITED STATES' MOTION FOR CONTINUANCE

Plaintiff, United States of America files this motion for continuance and in support of would show as follows:

1. Plaintiff filed the above styled complaint for injunctive relief on June 21, 2021. ECF No. 3.

2. The Court referred this matter to United States Magistrate Miguel A. Torres for a report and recommendation on whether a preliminary injunction should issue. ECF No. 8. Judge Torres initially scheduled a hearing on this motion for July 12, 2021. ECF No. 9. Undersigned counsel has been informed that this hearing has now been rescheduled to July 16, 2021.

3. The parties have been engaged in good faith negotiations on resolution of this matter and have reached an agreement in principle. The parties, however, need additional time to conclude the negotiations and finalize any necessary documents.

4. Defendant, therefore, requests a fourteen-day continuance of the previously scheduled July 16, 2021 hearing.

5. This additional time will enable the parties to conclude their negotiations.

6. This continuance is not sought for the purpose of delay, but for the purpose of

judicial economy and to ensure that justice is served.

Dated:   July 7, 2021                          Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

 _/s/ Eduardo R. Castillo_
**EDUARDO R. CASTILLO**
Assistant United States Attorney
Texas State Bar No. 03984803
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Tel: (915) 534-6555
Fax: (915) 534-3490
eddie.castillo@usdoj.gov

*Counsel for the United States*

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing document was been served on Defendants by mailing a copy to their attorney, Charles Hawkins, at 150 S. 5th Street Suite 2860, Minneapolis, MN 55402.  A courtesy copy was also served via email to Mr. Hawkins clhcrimlaw@yahoo.com.

  _/s/ Eduardo R. Castillo_
**EDUARDO R. CASTILLO**
Assistant United States Attorney